# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Dominick S. Romano, Jr., | ) | No. CV 07-74 TUC-JMR |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| Encore Receivable Management, Inc., | ) | |
| Defendant. | ) | |

The Parties having stipulated to dismissal with prejudice of the above-captioned matter, and good cause appearing,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees and costs.

**IT IS FURTHER ORDERED** that all pending motions are **DENIED as MOOT**. The Clerk of Court shall enter judgment accordingly.

DATED this 18th day of March, 2008.

_____
John M. Roll
Chief United States District Judge

Case 4:07-cv-00074-JMR   Document 23   Filed 03/20/08   Page 2 of 2